IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REBECCA HUNTER**     **PLAINTIFF**

**v.**     **Case No.: 4:21-cv-00362-LPR**

**MIDFIRST BANK;**
**WILSON & ASSOCIATES P.L.L.C.**     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on December 20, 2021, it is CONSIDERED, ORDERED, and ADJUDGED that all claims against Defendants are dismissed without prejudice.

IT IS SO ADJUDGED this 1st day of February 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE