# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**REBECCA HUNTER**                                                           **PLAINTIFF**

**v.**                               **Case No.: 4:21-cv-00362-LPR**

**MIDFIRST BANK;**
**WILSON & ASSOCIATES P.L.L.C.**                            **DEFENDANTS**

## ORDER

Pending before the Court is Defendant MidFirst Bank's Motion for Costs.[1] Plaintiff did not oppose the Motion. Defendant's Motion is GRANTED. Defendant is awarded costs of $402. The costs awarded to Defendant are taxable as provided by 28 U.S.C. § 1920.

IT IS SO ORDERED this 28th day of June 2022.

                                                                                  _____
                                                                                  LEE P. RUDOFSKY
                                                                                  UNITED STATES DISTRICT JUDGE

---

[1] Def.'s Mot. for Costs (Doc. 30).